```
                      FILED            RECEIVED
                      ENTERED          SERVED ON
                              COUNSEL/PARTIES OF RECORD

                           JUL - 6 2016

                        CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                      BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:15-CR-0056-LRH (WGC) |
| Plaintiff, | <u>ORDER</u> |
| vs. | |
| SANDY RAY BERNSTINE, | |
| Defendant. | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of July 6, 2016, SANDY RAY BERNSTINE's five-year term of supervised release that commenced on April 23, 2015, is hereby reduced by one year, for a four-year term, following his successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: July 6, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE